# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Harrisonburg Division

Civil Action No. 5:23cv00003

MYUNGSOOK JENNINGS,

                                                  Plaintiff

v.

JASON CAMPBELL

and

BERGEY'S GMC, INC.,

                                                  Defendants.

## COMPLAINT

1. The plaintiff, MYUNGSOOK JENNINGS, by and through her attorneys, for her Complaint against the defendants, JASON CAMPBELL and BERGEY'S GMC, INC., states as follows:

### NATURE OF ACTION

2. This is an action against Jason Campbell and Bergey's GMC, Inc., for injuries arising from a motor vehicle accident that occurred on May 24, 2021 in Shenandoah County, Virginia.

### PARTIES

3. Plaintiff Myungsook Jennings is a resident of the State of Ohio.

4. Upon information and belief, Defendant Jason Campbell is a resident of the Commonwealth of Pennsylvania.

5. Defendant Bergey's GMC, Inc. ("Bergey's") is a Pennsylvania corporation with its principal place of business located at 462 Harleysville Pike, Souderton, Pennsylvania 18964.

6. Bergey's is, therefore, a citizen of the Commonwealth of Pennsylvania.

7. The amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

8. Jurisdiction is founded upon diversity of citizenship as set forth in 28 U.S.C. §1332(a), Title 28 of the United States Code.

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because the events or omissions giving rise to the claim occurred in Shenandoah County, Virginia, which is within this judicial district.

## FACTS

10. On or about May 24, 2021, Plaintiff was operating a Buick vehicle northbound on Interstate 81, two-tenths (0.2) of a mile north of Stoney Creek Road in Shenandoah County, Virginia.

11. At that time and place, Defendant Campbell was operating a Volvo tractor-trailer vehicle northbound on Interstate 81, behind Plaintiff's vehicle.

12. At that time and place, Plaintiff slowed her vehicle due to traffic ahead.

13. At that time and place, Defendant Campbell had a duty to use ordinary care to keep a proper lookout, to keep his vehicle under proper control, to operate his vehicle at a reasonable speed under the existing conditions, and not to follow another vehicle more closely than is reasonable and prudent, having due regard to the speed of both vehicles and the traffic on, and conditions of, the highway at the time.

14. Despite having these and other duties, at that time and place, Defendant Campbell breached these duties of care and crashed his vehicle into the rear of Plaintiff's vehicle.

15. At that time and place, Defendant Campbell was an agent, servant, and/or employee of Defendant Bergey's GMC, Inc.

16. At that time and place, Defendant Campbell acted within the course and scope of his agency and/or employment with Defendant Bergey's GMC, Inc.

17. Defendant Bergey's GMC, Inc. is vicariously liable for the negligence of its agent, servant, or employee, Defendant Campbell, under the doctrine of *respondeat superior*.

18. The above-described collision was directly and proximately caused by Defendants' carelessness, recklessness, and negligence in the operation of a motor vehicle.

19. As a proximate result of the above-described collision, Plaintiff was caused to suffer serious and permanent injuries; has suffered and will suffer in the future pain of body and mind; has incurred and will incur in the future medical and related expenses; has incurred and will incur loss of earnings and earning capacity; and has incurred other damages as allowed by law.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally, in the sum of ONE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS ($1,500,000.00), plus pre-judgment and post-judgment interest, costs, and for such other relief as the Court may deem proper.

Trial by jury is demanded.

MYUNGSOOK JENNINGS

BY: /s/ Christopher Toepp
CHRISTOPHER TOEPP
VSB No. 75519
Allen, Allen, Allen & Allen
1809 Staples Mill Road
Richmond, Virginia 23230
Telephone: (540) 736-0339
Facsimile: (540) 785-5246
christopher.toepp@allenandallen.com
*Attorney for Plaintiff*

3